UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00211 |
| | ) | |
| | ) | **UNDER SEAL** |
| | ) | |
| [1] BRIAN WAINSTEIN | ) | |
| a/k/a BARUCH BEN BENJAMIN | ) | |
| a/k/a BRIAN BENBENJAMIN | ) | |
| a/k/a BEN BENJAMIN | ) | |
| a/k/a TREVOR THORTON | ) | |
| a/k/a JOHN MOYLAN | ) | |
| | ) | |
| [2] SIOBHAN HATTAN | ) | |

## SEALED ORDER

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

*Todd Campbell*
HONORABLE _____
UNITED STATES _____ JUDGE

Dated: Aug. 12, 2010