UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-000211 |
| | ) | |
| v. | ) | |
| | ) | Judge Knowles |
| | ) | |
| [1] BRIAN WAINSTEIN | ) | |
| a/k/a BARUCH BEN BENJAMIN | ) | **UNDER SEAL** |
| a/k/a BRIAN BENBENJAMIN | ) | |
| a/k/a BEN BENJAMIN | ) | |
| a/k/a TREVOR THORTON | ) | |
| a/k/a JOHN MOYLAN | ) | |
| | ) | |
| [2] SIOBHAN MAEVE HATTON | ) | |

## SEALED ORDER

This matter comes before the Court on the United States' Motion to Unseal Indictment and Arrest Warrants for Extradition Purposes. It is hereby ordered that:

The Motion is granted. The indictment and arrest warrants are ordered to remain sealed pursuant to prior orders of the Court, except that the indictment and arrest warrants may be unsealed for the purpose of effecting the arrest and extradition of the defendants. The Clerk of the Court shall provide certified copies of the indictment and arrest warrants to the United States Attorney's Office for the purpose of effecting the arrest and extradition of the defendants.

_____
E. Clifton Knowles
United States Magistrate Judge

Dated: September ___, 2010