UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO.   3:10-00021 |
| | ) |
| | ) Chief Judge Campbell |
| | ) |
| v. | ) |
| | ) |
| [1] BRIAN WAINSTEIN | ) |
| a/k/a BARUCH BEN BENJAMIN | ) |
| a/k/a BRIAN BENBENJAMIN | ) |
| a/k/a BEN BENJAMIN | ) |
| a/k/a TREVOR THORTON | ) |
| a/k/a JOHN MOYLAN | ) |
| | ) |
| [2] SIOBHAN HATTON | ) |
| | ) |
| [3] FIROZ PATEL | ) |

**ORDER**

This matter comes before the Court on the United States' Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Superseding Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties; and (b) may be provided by the United States to the defendants or the defendants' counsel after the defendants are arrested.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Superseding Indictment the Clerk shall provide to the USMS, and to serve them only on counsel for the United States.

Dated: June 7, 2012

                                                    Chief Judge Todd J. Campbell