UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )   NO.   3:10-000211 ) ) )   Judge Campbell |
| v. | ) ) |
| [1]  BRIAN WAINSTEIN<br>  a/k/a BARUCH BEN BENJAMIN<br>  a/k/a BRIAN BENBENJAMIN<br>  a/k/a BEN BENJAMIN<br>  a/k/a TREVOR THORTON<br>  a/k/a JOHN MOYLAN | ) ) ) ) ) ) ) |
| [2] SIOBHAN HATTON | ) ) |
| [3] FIROZ PATEL | ) |

## ORDER

This matter comes before the Court on the United States' Second Motion to Amend Sealing Order. It is hereby ordered that:

The Second Motion to Amend Sealing Order is granted. Assistant United States Attorney Brent A. Hannafan may provide a copy of the Superseding Indictment and arrest warrants for defendants Wainstein and Hatton to the Department of Justice's Office of International Affairs and the United States may thereafter provide copies of those documents to any foreign authority for the purpose of having provisional arrest warrants issued and to proceed with the extradition of defendants Wainstein and Hatton to the United States.

The Clerk is directed to file the Second Motion to Amend Sealing Order and this Order under seal.

Dated: August 6, 2012

_____
Judge Todd J. Campbell