UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) NO. 3:10-000211 <br> ) <br> ) Judge Campbell <br> ) |
| v. | ) <br> ) |
| [1] BRIAN WAINSTEIN <br> a/k/a BARUCH BEN BENJAMIN <br> a/k/a BRIAN BENBENJAMIN <br> a/k/a BEN BENJAMIN <br> a/k/a TREVOR THORTON <br> a/k/a JOHN MOYLAN | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| [2] SIOBHAN HATTON | ) <br> ) |
| [3] FIROZ PATEL | ) |

## ORDER

This matter comes before the Court on the United States' Motion to Unseal Indictment. It is hereby ordered that:

The Motion is granted. The Superseding Indictment and all other documents filed in this case shall be unsealed by the Clerk of the Court.

Dated: November 14, 2012

_____
Judge Todd J. Campbell